472 A.2d 267

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal
Denied June 12, 1984.

Submitted October 24, 1983. Allan M. Tabas, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.